The John F. Trainor Company v. G. Amsinck & Company, Inc.— Motion denied, with ten dollars costs, as unnecessary. Present— Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

Carl H. Page and Others v. National Surety Company.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

Gussie Kelman v. Union Railway Company of New York City.— Motion for stay granted, and delivery of physicians' report to defendant or its attorney pending appeal also stayed. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

Alexander Goldman, an Infant, etc., v. Abraham Steinberg and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

Elvira Sinclair v. Lydia M. Purdy and Others.— Motion granted. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

Morton Davis v. Ulster Wood Products Company, Inc.—Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

Hyman Matisheff v. Philip Moskowitz.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of Herman J. Rubenstein, an Attorney.— Reference ordered to Hon. Henry W. Gildersleeve, official referee. Settle order on notice. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

David Bernstein, Respondent, v. Leon Kahn Shoe Company, Inc., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Greenbaum, J., dissenting.

Rogers Peet Company, Respondent, v. Sidney Hillman, Individually and as President of the Amalgamated Clothing Workers of America, and Others, Defendants, Impleaded with Joseph Shea, Appellant. Rogers Peet Company, Respondent, v. Sidney Hillman, Individually and as President of the Amalgamated Clothing Workers of America, and Others, Defendants, Impleaded with Martin Sigel, as Treasurer of the Amalgamated Clothing Workers of America, Local No. 4, Appellant. Rogers Peet Company, Respondent, v. Sidney Hillman, Individually and as President of the Amalgamated Clothing Workers of America, and Others, Defendants, Impleaded with Peter Monat, as Treasurer of the New York Joint Board, Appellant.— Orders so far as appealed from reversed, without costs, and motions granted, without affecting the position of the cause upon the calendar, upon the opinion in *Rogers Peet Co.* v. *Hillman* (200 App. Div. 492), handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Marden, Orth & Hastings Company, Inc., Appellant, v. New York Color and Chemical Company and James C. Gismond, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.